IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 12-18-2017
```

THE ESTATE OF SAMUEL REYES, deceased,
by Samuel Reyes, Jr., the duly Court ordered,
designated, and appointed Administrator of the
Estate of Samuel Reyes, ANA O. LOPEZ, mother
of Samuel Reyes, deceased

    PLAINTIFF

    vs

THE CITY OF NEW YORK, a municipal
entity, et al.

    DEFENDANTS

*CIVIL No. 16 Civ 04880 (LTS)(JLC)*

*SETTLEMENT RELATED
STIPULATION AND ORDER*

Pursuant to the October 5, 2017 dated Stipulation of Settlement and the inter-related October 6, 2017 dated Stipulation and Order of Dismissal (Docket Document #'s 53 and 54) and pursuant to the inter-related October 6, 2017 dated Settlement Related Order (Docket # 55); and as part of this Court's enforcement jurisdiction under the foregoing,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

1. As for the total settlement amount of seven hundred and seventy five thousand dollars ($775,000.00) described and set forth in the October 5, 2017 dated Stipulation of Settlement and inter-related October 6, 2017 dated Stipulation and Order of Dismissal (Docket #'s 53 and 54) to be allocated by the October 6, 2017 dated Settlement Related Order of this Court (Docket # 55), the City of New York shall issue two checks: (a) one payable to Poupa Jenny Marashi, Esq., as attorney for Plaintiff Ana Lopez, in the amount of one hundred and fifteen thousand dollars ($115,000.00); the second payable to Poupa Jenny Marashi, Esq., as attorney for Samuel Reyes, Jr., as administrator of the estate of

Samuel Reyes, in the amount of six hundred and sixty thousand dollars ($660,000.00); and both of which are to be delivered to Poupa Jenny Marashi, Esq. at 7 East 14th Street-# 820, New York, New York 10003; and

2. Poupa Jenny Marashi, Esq. shall deposit the afore-described check in the amount of six hundred and sixty thousand dollars ($660,000.00) in her IOLA attorney maintained Trust Account; and

3. As to the sum of six hundred and sixty thousand dollars ($660,000.00) allocated in to the Plaintiff estate of Samuel Reyes and approved and authorized by this Court pursuant to the October 6, 2017 dated Settlement Related Order, that amount shall be maintained in escrow by Poupa Jenny Marashi, Esq., as one of the attorneys for the Plaintiff estate of Samuel Reyes, in her IOLA attorney maintained Trust Account until such time when she, as an attorney for the Plaintiff estate of Samuel Reyes, is authorized by the Bronx County Surrogate Court to distribute the allocated sum pursuant to and under the applicable provisions of law and any agreements inter-related thereto and any Order of the Bronx County Surrogate Court associated therewith; and

4. As to the sum of one hundred and fifteen thousand dollars ($115,000.00) allocated in the total settlement sum to the Plaintiff Ana Lopez and approved and authorized by this Court pursuant to the October 6, 2017 dated Settlement Related Order, Poupa Jenny Marashi, Esq., as one of the attorneys for Plaintiff Ann Lopez, is authorized to release and distribute that sum and only that sum without the condition attached to the distribution of the sum allocated to the estate of Samuel Reyes as set forth above; and

5. The City of New York will be deemed in compliance with the requirement of the payment of the total settlement sum of seven hundred and seventy five thousand dollars

($775,000.00) without bearing interest on the total settlement sum within ninety (90) days

of October 6, 2017, if the checks in the full amount of the total settlement sum are dated

and issued prior to January 6, 2018.

DATED: New York, New York
December 13, 2017

JAMES I. MEYERSON, ESQ.
*Attorney for Plaintiffs*
119 West 49thg Street- 7th Floor
New York, New York 10018
(212) 344-7474/Extension 129

BY: /s/ James I. Meyerson

P. JENNY MARASHI, ESQ.
*Attorney for Plaintiffs*
930 Grand Concourse # 1E
Bronx, New York 10451
(917) 703-1742

BY: /s/

ZACHARY W. CARTER
Corporation Counsel of the City
of New York
*Attorneys for Defendants City of
New York, Captain Anthony Piazza,
Lieutenant Javier Valentin, Sergeant
Ruth Sharma, and Commissioner
William Bratton*
100 Church Street, Rm. 3-174
New York, New York 10007
(212) 356-2344

BY: /s/
ALAN H. SCHEINER

IT IS SO ORDERED:

DATE: New York, New York
December 18, 2017

/s/
THE HONORABLE LAURA TAYLOR SWAIN

3